**Entered on Docket
July 29, 2010**

*Bruce A. Markell*
_____
Hon. Bruce A. Markell
United States Bankruptcy Judge

```
 1
 2
 3
 4
 5
 6
 7  WILDE & ASSOCIATES
    Gregory L. Wilde, Esq.
 8  Nevada Bar No. 004417
    212 South Jones Boulevard
 9  Las Vegas, Nevada 89107
10  Telephone: 702 258-8200
    bk@wildelaw.com
11  Fax: 702 258-8787

12  MARK S. BOSCO, ESQ.
    Arizona Bar No. 010167
13  TIFFANY & BOSCO, P.A.
    2525 East Camelback Road, Suite 300
14  Phoenix, Arizona 85016
15  Telephone: (602) 255-6000

16  Wells Fargo Bank, N.A.
    10-72363
17
```

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In Re: | Bk Case No.: 10-20078-bam |
|---|---|
| Bing R. Pagdilao | Date: 7/20/2010<br>Time: 1:30 pm |
| | Chapter 7 |
| Debtor. | |

## ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to Secured Creditor Wells Fargo Bank, N.A., its assignees and/or successors in interest, of the subject property, generally described as 2652 Sunrise Bluff Drive, Las Vegas, NV 89142.

Submitted by:

**WILDE & ASSOCIATES**

By: _/s/ N. Scales #10235_
**Gregory L. Wilde, Esq.**
Attorney for Secured Creditor

**APPROVED / DISAPPROVED**

By:_____
Michael M. Later
Attorney for Debtor(s)

**APPROVED / DISAPPROVED**

By:_____
Yvette Weinstein
Chapter 7 Trustee

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):
\_\_\_\_\_  The court waived the requirements of LR 9021.
\_\_\_\_\_  No parties appeared or filed written objections, and there is no trustee appointed in the case.
\_\_\_\_\_  No parties appeared or filed written objections, and the trustee is the movant.
__x__  This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

Debtor's counsel:
\_\_\_\_\_ approved the form of this order            \_\_\_\_\_ disapproved the form of this order
\_\_\_\_\_ waived the right to review the order and/or    __x__ failed to respond to the document
\_\_\_\_\_ appeared at the hearing, waived the right to review the order
\_\_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
\_\_\_\_\_ approved the form of this order            \_\_\_\_\_ disapproved the form of this order
\_\_\_\_\_ waived the right to review the order and/or    __x__ failed to respond to the document

\_\_\_\_\_ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:
\_\_\_\_\_ approved the form of this order            \_\_\_\_\_ disapproved the form of this order
\_\_\_\_\_ waived the right to review the order and/or    \_\_\_\_\_ failed to respond to the document
\_\_\_\_\_ appeared at the hearing, waived the right to review the order
\_\_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
\_\_\_\_\_ approved the form of this order            \_\_\_\_\_ disapproved the form of this order
\_\_\_\_\_ waived the right to review the order and/or    \_\_\_\_\_ failed to respond to the document

\_\_\_\_\_ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objection.

Submitted by:
/s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor